UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., <br>     Plaintiff, <br> v. <br> NATERA, INC., <br>     Defendant. | Case No. 18-cv-01662-SI <br><br> **SCHEDULING ORDER** |

The following dates are set for events leading up to the Claim Construction hearing in this matter:

| | |
|---|---|
| Disclosure of asserted claims and infringement contentions and accompanying document production by patentee (Pat. LR 3-1, 3-2) | July 6, 2018 |
| Invalidity contentions and accompanying document production by accused infringer (Pat. LR 3-3, 3-4) | August 20, 2018 |
| Deadline to join parties | August 27, 2018 |
| Exchange of proposed terms and claim elements for construction (Pat. LR 4-1) | September 4, 2018 |
| Case management conference | September 13, 2018, 2:00 pm |
| Exchange of preliminary claim constructions and extrinsic evidence (Pat. LR 4-2) | September 25, 2018 |
| Damages contentions (Pat. LR 3-8) | October 9, 2018 |

| | |
|---|---|
| Joint claim construction and prehearing statement (Pat. LR 4-3) | October 19, 2018 |
| Responsive damages contentions (Pat. LR 3-9) | November 8, 2018 |
| Completion of claim construction discovery (Pat. LR 4-4) | November 19, 2018 |
| Opening claim construction brief (Pat LR 4-5(a)) | November 30, 2018 |
| Responsive claim construction brief (Pat. LR 4-5(b)) | December 14, 2018 |
| Reply claim construction brief (Pat. LR 4-5(c)) | December 21, 2018 |
| Claim construction hearing (Pat. LR 4-6) | January 16, 2018, 2:00 pm |

All further dates will be scheduled after issuance of the claim construction order.

**IT IS SO ORDERED.**

Dated: June 27, 2018

_____
SUSAN ILLSTON
United States District Judge