UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATERA, INC.,<br><br>    Defendants. | Case No. 18-cv-01662-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 16, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 9, 2019.

DESIGNATION OF EXPERTS: August 23, 2019; REBUTTAL: September 20, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 18, 2019;
    Opp. Due: November 1, 2019; Reply Due: November 8, 2019;
    and set for hearing no later than November 22, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 22, 2020 at 3:30 PM.

JURY TRIAL DATE: February 3, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties are informally discussing settlement and may at any time request a referral to an ADR procedure.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 2/22/19

_____
SUSAN ILLSTON
United States District Judge