Kenneth Lee Marshall (Cal. Bar No. 277092)
Tracy M. Talbot (Cal. Bar No. 259786)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
E-mail:  klmarshall@bclplaw.com
              tracy.talbot@bclplaw.com

*Attorneys for Third Party*
Fluidigm Corporation, Inc.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC.,<br><br>                Plaintiff/Counterclaim-<br>                Defendant,<br><br>        v.<br><br>NATERA, INC.,<br><br>                Defendant/Counterclaim-<br>                Plaintiff. | Civil Action No. 5:18-CV-01662-SI<br><br>**THIRD PARTY FLUIDIGM CORPORATION, INC.'S RESPONSE IN SUPPORT OF DEFENDANT/ COUNTERCLAIM -PLAINTIFF NATERA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT B TO THE PARTIES' JOINT STIPULATION** |

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA  94111-4070

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

Non-Party Fluidigm Corporation, Inc. ("Fluidigm") submits this response in support of Defendant/ Counterclaim-Plaintiff Natera, Inc.'s ("Natera") Motion to File Under Seal Portions of Exhibit B to the Parties' Joint Stipulation ("Motion to Seal").

Natera filed its Motion to Seal on August 15, 2019, seeking to file under seal certain documents Fluidigm produced in response to a subpoena and that were marked "Confidential" or "Outside Attorney's Eyes Only" pursuant to the Protective Order in this action.  The documents that are the subject of the current Motion to Seal were subject to a previous a motion to seal, which this Court granted by order dated May 10, 2019.  (*See* Dkt. 122 at fn. 1).  In support of the previous motion to seal, Fluidigm submitted the Declaration of David King ("King Declaration") setting forth the grounds for its confidentiality designations.  (*See* Dkt. 106).

For the same reasons, Fluidigm requests the Court grant the Motion to Seal for the following documents, which contain confidential Fluidigm business information and should be sealed from the public record:

    a.   Portions of Natera's Second Amended Invalidity Contentions that refer to Fluidigm's confidential information concerning its library preparation methods and preamplification strategy (p. 4, ln. 20-23).

    b.   Portions of Exhibit B to Natera's Second Amended Invalidity Contentions that refer to and quote Fluidigm's confidential information.

        i.   Pages 9-13, 14-17, and 18-20 which refer to and include pictures from Fluidigm documents bates labeled FLUIDIGM 000759-000772, 000977-000979, 001001-001007, 001483, 001493, 001504, and 001509.  (*See* King Decl., Dkt. 106 at ¶¶ 3-4).

        ii.   Pages 22-26 and 27 referring to Fluidigm documents bates labeled FLUIDIGM 001302, 001512[1], and 001417.  (*See* King Decl., Dkt. 106 at ¶ 3d-e, ¶ 4).

---

[1] *See* King Declaration at paragraph 3.e regarding improper reference to FLUIDIGM 001512.

1

RESPONSE OF THIRD PARTY FLUIDIGM CORPORATION, INC.

1       As set forth in the King Declaration, each of these documents contains highly confidential

2   Fluidigm information, including its experimental data and strategies.   This information is only

3   disclosed to a limited number of Fluidigm employees or those who have signed a confidentiality

4   agreement, and it provides Fluidigm a competitive advantage over other similarly situated

5   companies.  (*See* King Decl., Dkt. 106 at ¶¶ 3-4).  Fluidigm employees have an obligation to

6   maintain the confidentiality of these documents, as well as Fluidigm's research and development

7   work.  (*Id.* at ¶ 5).

8       In addition, at page 29 of Exhibit B, Natera references and includes a picture of the

9   document bates labeled FLUIDIGM 001459.  This document was not specifically referenced in

10   the original motion to seal, but it contains substantially similar experimental data, which as Mr.

11   King detailed, is highly confidential as it describes experiments and design considerations for

12   Fluidigm's Access Array System.

13       Fluidigm accordingly requests the Court maintain the redactions submitted by Natera and

14   grant the pending Motion to Seal as to each of the documents referenced herein.

15

16

17   Dated:   August 19, 2019       **BRYAN CAVE LEIGHTON PAISNER LLP**

18

19                      By:    /s/ Tracy M. Talbot
                                Tracy M. Talbot

20

21                      *Attorneys for Third Party*
                      Fluidigm Corporation, Inc.

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070