1  TRACEY B. DAVIES (pro hac vice)
   *tdavies@gibsondunn.com*
2  MARK REITER (pro hac vice)
   *mreiter@gibsondunn.com*
3  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
4  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
5  Facsimile:  415.393.8306

6  Attorneys for *Defendant/Counterclaim-Plaintiff*
   *NATERA, INC.*
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | ILLUMINA, INC.,                          | CASE NO. 3:18-cv-01662-SI
12 |                  Plaintiff/Counterclaim- | **DEFENDANT/COUNTERCLAIM-PLAINTIFF NATERA, INC.'S <u>CORRECTED</u> ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT B TO THE PARTIES' JOINT STIPULATION PREVIOUSLY FILED AS DKT NO. 141**
13 |                  Defendant,              |
   |       v.                                 |
14 | NATERA, INC.,                            |
15 |                  Defendant/Counterclaim- |
16 |                  Plaintiff.              |
17 |                                          | Hearing Date: N/A
   |                                          | Time:         N/A
   |                                          | Place:        Courtroom 1, 17th Floor
18 |                                          | Judge:        Hon. Susan Y. Illston

Defendant/Counterclaim-Plaintiff Natera, Inc. ("Natera") submits this <u>corrected</u> administrative motion for a sealing order pursuant to Civil Local Rule 79-5, previously filed as Dkt. No. 141. Natera respectfully requests that the Court permit portions of Exhibit B of the parties' Joint Stipulation (Natera, Inc.'s Second Amended Invalidity Contentions Under Patent L.R. 3.3 and Exhibit 15 in support of same ("Confidential Documents") be filed under seal.

This motion is based on the points and authorities herein, and on the accompanying Declaration of Christine Ranney in Support of Defendant/Counterclaim-Plaintiff Natera's Administrative Motion to File Under Seal ("Ranney Decl.") and the Declaration of David King filed as Dkt. No. 106 ("King Decl.").

Portions of Natera, Inc.'s Second Amended Invalidity Contentions Under Patent L.R. 3.3 refer to and quote material that third party Fluidigm Corporation ("Fluidigm") has designated as "Confidential" and "Outside Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. No. 59. Specifically, portions of Natera's Second Amended Invalidity Contentions refer to and quote to material that is Fluidigm's confidential and proprietary information regarding its products that are otherwise not believed to be publicly available. Natera will inform Fluidigm that it intends to file its Second Amended Invalidity Contentions Under Patent L.R. 3-3 and the Administrative Motion to file Fluidigm's materials under seal, and Natera expects Fluidigm will file a new declaration or refer the Court to the King Decl. establishing that its materials should remain sealed.

Portions of Exhibit 15 in support of Natera, Inc.'s Second Amended Invalidity Contentions Under Patent L.R. 3.3 refer to and quote material that third party Fluidigm Corporation ("Fluidigm") has designated as "Confidential" and "Outside Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. No. 59. Specifically, portions of Exhibit 15 refer to and quote to material that is Fluidigm's confidential and proprietary information regarding its products that are otherwise not believed to be publicly available. Natera will inform Fluidigm that it intends to file Exhibit 15 in support of Natera, Inc.'s Second Amended Invalidity Contentions Under Patent L.R. 3-3 and the Administrative Motion to file Fluidigm's materials under seal, and Natera expects Fluidigm will file a new declaration or will refer the Court to the King Decl. establishing that its materials should remain sealed.

Accordingly, Natera respectfully requests that portions of the Confidential Documents contained in Exhibit B of the parties' Joint Stipulation be filed under seal.

Date: August 19, 2019

Respectfully submitted,

By: */s/ Tracey B. Davies*

Tracey B. Davies (*pro hac vice*)
tdavies@gibsondunn.com
Mark Reiter (*pro hac vice*)
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant/Counterclaim-Plaintiff
NATERA, INC.