# EXHIBIT B-15

## Confidential Information
## REDACTED

**OUTSIDE ATTORNEYS' EYES ONLY**

**Exhibit 15.  Claims 1-3, 6-10, 13-22, and 24 are obvious over Fluidigm Access Array in view of the knowledge of a person of ordinary skill in the art, and further in view of the '575 Publication and/or NGS Technology**

Claims 1-3, 6-10, 13-22, and 24 are obvious under pre-AIA 35 U.S.C. §§ 103(a) over **Fluidigm Access Array** which was on sale and in public use prior to the priority date of the '831 patent and was also invented earlier under 35 U.S.C. § 102(g).  The below evidence on Fluidigm Access Array, including additional evidence to be collected during discovery (altogether, "**Fluidigm Access Array**"), may be used to prove invalidity, prior public use, on sale, and prior invention:

- **Fluidigm Access Array**
  - Fluidigm Corp, Fluidigm Access Array™ System (Wayback Machine, http://www.fluidigm.com:80/products/access-array.html (as of September 12, 2009) ("Access Array Website")
  - Fluidigm Corp, 48.48 Access Array – Sample Preparation for Next Gen Sequencing (Wayback Machine, as of September 12, 2009) ("Access Array Brochure")
  - Nathan Blow, "Microfluidics: the great divide," Nature Methods, Vol. 6, No. 9 (September 2009)
  - U.S. Pat. App. Publication 2010/0120038, titled: "Assay methods for increased throughput of samples and/or targets"
  - Fluidigm's document production at bate range of Fluidigm 000001 to Fluidigm 003977.  The evidence cited in the chart below is exemplary only.  Natera reserves the right to rely on the entirety of Fluidigm's document production.

To the extent a particular claim element is found not to be in Fluidigm Access Array, claims 1-3, 6-10, 13-22, and 24 are obvious over Fluidigm Access Array in view of the knowledge of a person of ordinary skill in the art ("POSA"), as reflected—redundantly—in the following publications, and further in view of the '575 Publication and/or the library preparation kits and the next generation sequencers (collectively, "NGS Technology") that were on sale and in public use prior to the priority date of the '831 patent:

- U.S. Patent Publication No. 2010/0112575, filed September 16, 2009, Fan et al., claiming the benefit of Provisional Application No. 61/098,758, filed September 20, 2008 ("**'575 Publication**");
- M. Metzker, Sequencing technologies—the next generation," Nature Reviews – Genetics Vol. 11 (2010) ("Metzker");
- Illumina, Inc., "Tech Spotlight: Illumina Sequencing Technology," available at http://nextgen.mgh.harvard.edu/attachments/techspotlight_sequencing.pdf (2009) ("Illumina Sequencing Technology Spotlight");
- Roche Diagnostics, "Genome Sequencer 20 System, First to the Finish," available at https://www.ndsu.edu/pubweb/~mcclean/plsc411/roche-454-gs20-sequencing_system.pdf (2006) ("Roche Genome Sequencer 20");
- Margulies, et al., "Genome sequencing in microfabricated high-density picolitre reactors," Nature Vol. 437, 376-380 (Sept. 2005) ("Margulies");

**OUTSIDE ATTORNEYS' EYES ONLY**

- Fedurco, et al., "BTA, a novel reagent for DNA attachment on glass and efficient generation of solid-phase amplified DNA colonies," Nucleic Acids Research , Vol. 34, No. 3 (2006) ("Fedurco");
- U.S. Patent Publication 2003/0022207 A1 (Balasubramanian et al.) ("Balasubramanian")
- International Publication No. WO 2007/107710 A1 (Schroth et al.) ("Schroth");
- Voelkerding et al., "Next-Generation Sequencing: From Basic Research to Diagnostics," Clinical Chemistry, Vol. 55, 641-58 (Apr. 2009);
- J. Shendure, et al., "Next-generation DNA sequencing," Nature Biotechnology, Vol. 26, No. 10, 1135-1145 (Oct. 2008) ("Shendure");
- Applied Biosystems, "Revolutionary Technology, SOLiD Platform," available at http://www.columbia.edu/cu/biology/courses/w3034/Dan/readings/SOLiD_System_Brochure .pdf (2008) ("SOLiD Brochure");
- Applied Biosystems, "SOLiD™ System," available at https://www.lanl.gov/conferences/finishfuture/pdfs/2007%20talks/SOLiD%20Chemistry%20 V4.4.pdf (2006) ("SOLiD Presentation");
- Illumina, Inc. "DNA Sequencing with Solexa Technology," available at http://db.cs.duke.edu/courses/compsci260/spring16/resources/GenomeSequencingTechnolog y/Illumina.Solexa.sequencing.pdf (2007) ("Solexa Technology Spotlight");
- O. Harismendy, et al., "Method for improving sequence coverage uniformity of targeted genomic intervals amplified by LRPCR using Illumina GA sequencing-by-synthesis technology," BioTechniques, Vol. 46, 229-231 (March 2009) ("Harismendy");
- D. Craig, et al., "Identification of genetic variants using bar-coded multiplexed sequencing," Nature Methods, Vol. 5, No. 10 (October 2008), including Supplemental Methods ("Craig");
- M. Quail, et al. "A large genome center's improvements to the Illumina sequencing system," Nature Methods, Vol. 5, No. 12 (December 2008) ("Quail 2");
- O. Harismendy, et al. "Evaluation of next generation sequencing platforms for population targeted sequencing studies," Genome Biology (2009) ("Harismendy 2");
- R. Tewhey, et al., "Microdroplet-based PCR enrichment for large-scale targeted sequencing," Nature Biotechnology, Vol. 27, No. 11 (Nov. 2009) ("Tewhey");
- R. Tewhey, et al., "Supplemental discussion - Microdroplet-based PCR enrichment for large-scale targeted sequencing," Nature Biotechnology (Nov. 2009) ("Tewhey 2");
- Bentley, et al., "Accurate whole human genome sequencing using reversible terminator chemistry," NATURE, Vol 456:6 (November 2008) ("Bentley");
- Bentley, "Supplementary Information," Nature 10.1038 (2008) ("Bentley Supplement");
- Turner et al., "Methods for Genomic Partitioning," Annual Review of Genomics and Human Genetics, Vol. 10 (Sept. 2009) ("Turner");
- Kozarewa et al., "Amplification-free Illumina sequencing-library preparation facilitates improved mapping and assembly of GC-biased genomes," Nature Methods, Vol. 6, No. 4, pp. 291-295 (2009) ("Kozarewa").

**"NGS Technology"**
- Illumina's Library Preparation Kit for the Illumina GA Sequencers, including without limitation, Illumina Multiplexing Sample Preparation Oligonucleotide Kit ("Illumina Datasheet")

<u>**OUTSIDE ATTORNEYS' EYES ONLY**</u>

- Illumina Multiplexing Sequencing Primers and PhiX Control Kit; Illumina Paired-End Genomic DNA Sample Prep Kit; Illumina Genomic DNA Sample Prep Kit;
- Roche/454 GS library preparation kits, including without limitation, GS FLX Titanium General Library Preparation Kit; GS FLX Titanium Rapid Library Preparation Kit; GS FLX Titanium emPCR Kits; GS FLX Titanium emPCR Breaking Kits;  GS FLX Titanium Sequencing Kit; GS FLX Titanium PicoTiter Plate Kit;
  - Roche's document production at bates range of RMS0000001–RMS001327.  Natera reserves the right to rely on the entirety of Roche's production.
- Life Technologies Library Preparation Kits for SOLiD sequencers;
- Additional evidence on the NGS Technology collected during discovery and may be used to prove invalidity, prior public use, on sale, and prior invention.

**Motivation to Combine Fluidigm Access Array, the '575 Publication, and NGS Technology**

Fluidigm Access Array provides a method of targeted enrichment of multiple polynucleotide sequences simultaneously using Polymerase Chain Reaction ("PCR") technology.  It provides a method of targeted enrichment using integrated microfluidic circuit chips and PCR.

The '575 Publication describes a method of determining fetal aneuploidy using whole-genome sequencing of cell-free DNA from maternal blood samples, and discusses targeted sequencing as an alternative way to analyze fetal aneuploidy.  To achieve a greater depth of sequencing coverage, a POSA would have been motivated to use Fluidigm Access Array to improve the '575 Publication's fetal aneuploidy analysis.  Moreover, a POSA would have been motivated to sequence the targeted enriched library using NGS technology like Illumina GA sequencer, Roche/454 GS sequencer, or Life Technologies SOLiD sequencer.  In addition, to analyze multiple maternal samples simultaneously, a POSA would have been motivated to add an indexing sequence to the sequences in each individual library as instructed by one or more of the library preparation kits listed above for the respective sequencers, as disclosed for example in the Illumina DataSheet.

| **THE '831 PATENT** | **Fluidigm Access Array / the '575 Publication / NGS Technology** |
|---|---|
| **[1.pre.]** A method for preparing a sequencing library from a maternal blood sample, the method comprising: | Fluidigm Access Array discloses a method for preparing a sequencing library from a maternal blood sample.  For example, Fluidigm Access array discloses a method of preparing a sequencing library for Next-Generation Sequencing, i.e., for use with NGS Technology.  *See* Access Array Website at 1 (The Access Array™ Integrated Fluidic Circuit (IFC) facilitates parallel amplification of 48 unique **samples**, in effect preparing 48 **sequencing libraries**, in just a few hours."); *see also* Access Array Brochure |

**OUTSIDE ATTORNEYS' EYES ONLY**

at 1 ("The Access Array is the key to fast, easy and simple **sample preparation for next-gen sequencing**.").  The samples used in Fluidigm may be maternal blood samples.

To the extent that Fluidigm Access Array does not disclose this element, it would be obvious in light of the combination of Fluidigm Access Array and the '575 Publication, with the knowledge of a POSA.

The '575 Publication discloses a method for preparing a sequencing library from a maternal blood sample.  For example, the '575 Publication teaches that "the present invention comprises, in certain aspects, a method of testing for an abnormal distribution of a specified chromosome portion in a mixed sample of normally and abnormally distributed chromosome portions obtained from a single subject, such as a mixture of fetal and maternal DNA in a maternal plasma sample."  '575 Publication, ¶ [0022].

"A total of 19 cell-free plasma DNA samples, including 18 from pregnant women and 1 from a male blood donor, and genomic DNA sample from whole blood of the same male donor, were sequenced on the Solexa/Illumina platform. ˜1 to 8 ng of DNA fragments extracted from 1.3 to 5.6 ml cell-free plasma was used for **sequencing library preparation** (Table 1). Library preparation was carried out according to manufacturer's protocol with slight modifications. Because cell-free plasma DNA was fragmented in nature, no further fragmentation by nebulization or sonication was done on plasma DNA samples."  *Id.* at ¶ [0086].

"Cell-free plasma DNA from a pregnant woman carrying a normal male fetus was also sequenced on the 454/Roche platform. Fragments of DNA extracted from 5.6 ml of cell-free plasma (equivalent to ˜4.9 ng of DNA) were used for sequencing library preparation. The **sequencing library was**

| | |
|---|---|
| | **prepared** according to manufacturer's protocol, except that no nebulization was performed on the sample and quantification was done with microfluidic digital PCR instead of capillary electrophoresis. The library was then sequenced on the 454 Genome Sequencer FLX System according to manufacturer's instructions." *Id*. at ¶ [0088]. |
| **[1.a]** a. obtaining a maternal blood sample comprising fetal and maternal cell-free DNA; | *See supra* Claim 1[pre]. <br><br> In view of Fluidigm Access Array and the '575 Publication, and in further view of the knowledge of a POSA, it would have been obvious to obtain a maternal blood sample comprising fetal and maternal cell-free DNA. Indeed, that the maternal blood sample would inherently comprise fetal and maternal cell-free DNA. <br><br> For example, the '575 Publication teaches that "[i]n the preferred method, **fetal DNA which is present in the maternal plasma** is used. The fetal DNA is in one aspect of the invention enriched due to the bias in the method towards shorter DNA fragments, which tend to be fetal DNA. The method is independent of any sequence difference between the maternal and fetal genome. The DNA obtained, preferably from a peripheral blood draw, is **a mixture of fetal and maternal DNA**." *Id*. at ¶ [0021]. <br><br> In the relevant timeframe, **maternal blood** was known to contain **maternal and fetal DNA** in the form of **circulating cell-free DNA**. Furthermore, it was well-understood in the relevant timeframe that the mother's blood *plasma* would contain **cell-free fetal and maternal DNA**. |
| **[1.b]** b. selectively enriching a plurality of non-random polynucleotide sequences of genomic DNA from said fetal and maternal cell-free DNA to generate a library of enriched non-random polynucleotide sequences, | Fluidigm Access Array teaches selectively enriching a plurality of non-random polynucleotide sequences of genomic DNA from said fetal and maternal cell-free DNA to generate a library of enriched non-random polynucleotide sequences. |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | Fluidigm teaches that its "sample capture and **target enrichment** technologies allow you to **select the specific areas of interes**t from each individual and thus only sequence that specific area of interest."  Access Array Website at 1; *see also* Access Array Brochure at 1 ("**Target Enrichment**"). |
| | To the extent that Fluidigm Access Array does not disclose this element, it would be obvious in light of the combination of Fluidigm Access Array and the '575 Publication, with the knowledge of a POSA. |
| | The '575 Publication teaches selectively enriching a plurality of non-random polynucleotide sequences of genomic DNA from said fetal and maternal cell-free DNA |
| | For example, the '575 Publication states that: "Another method for increasing sensitivity to fetal DNA is to focus on certain regions within the human genome.  One may use sequencing methods which **select a priori sequences which map to the chromosomes of interest (as described here elsewhere, such as 18, 21, 13, X and Y)**.  One may also choose to focus, using this method, on partial chromosomal deletions, such as 22q11 deletion syndrome." '575 Publication, ¶ [0067]. |
| | "This alternative method selectively ignores certain sequence information by using **a sequencing method which selectively captures sample molecules containing certain predefined sequences**." *Id*. at ¶ [0069]. |
| **[1.c]** wherein said plurality of non-random polynucleotide sequences comprises at least 100 different non-random polynucleotide sequences selected from a chromosome tested for being aneuploid, said enriching comprising | Fluidigm Access Array discloses that the non-random polynucleotides to be selectively enriched may comprise at least 100 different non-random polynucleotide sequences. |
| | For example, each Fluidigm chip "facilitates parallel amplification of 48 unique samples, |

in effect preparing 48 sequencing libraries, in just a few hours. Every reaction combines both an amplicon tagging and a barcoding (identification) step that enables all 48 amplicons to be multiplexed at the sequencing step.  Access Array Website at 1; *see also* Fluidigm Brochure at 1 ("processes 48 samples per chip."  Thus, three Fluidigm chips may be used to selectively enrich at least 100 different non-random polynucleotide sequences.

Fluidigm further explains that "Sample capture and target enrichment refer to the **ability to select a specific region of interest prior to sequencing**. For example, if you were interested in **examining 20 specific genes** from a large cohort of individuals it would be both wasteful and prohibitively expensive to sample the entire genome of each individual."  Access Array Website at 2. 20 specific genes may be from a chromosome tested for being aneuploid (i.e., by sequencing).

To the extent this limitation is not disclosed by Fluidigm Access Array, it would be obvious in view of the knowledge of a POSA and/or the '575 Publication.

The '575 Publication discusses targeted sequencing on a chromosome of interest for aneuploidy determination: "Another method for increasing sensitivity to fetal DNA is to focus on certain regions within the human genome.  One may use sequencing methods which **select a priori sequences which map to the chromosomes of interest (as described here elsewhere, such as 18, 21, 13, X and Y)**.  One may also choose to focus, using this method, on partial chromosomal deletions, such as 22q11 deletion syndrome." '575 Publication, ¶ [0067].

"This alternative method selectively ignores certain sequence information by using **a sequencing method which selectively**

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | **captures sample molecules containing certain predefined sequences.**" *Id*. at ¶ [0069].<br><br>A POSA would be motivated to combine Fluidigm Access Array with the '575 Publication's selective enrichment of at least 100 targeted sequences on a chromosome of interest in order to, for example, increase accuracy.  Thus, it would be obvious to use Fluidigm Access Array to selectively enrich at least 100 different non-random polynucleotide sequences selected from a chromosome tested for being aneuploid as disclosed in '575 Publication. |
| **[1.d]**  (i) a first amplification step to generate a plurality of first reaction products, said amplification comprising at least 100 first primers configured to amplify at least 100 different non-random polynucleotide sequences; | *See supra* Claim [1.c].<br><br>Fluidigm Access Array discloses a first amplification step comprising at least 100 first primers configured to amplify at least 100 different non-random polynucleotide sequences.<br><br>Fluidigm explains that "[t]he Fluidigm Access Array System can be used with **any PCR-based sample preparation method** and with the reagents and primers of your choice."  Access Array Website at 1; *see also* Access Array Brochure at 1 (same).  As discussed below, one PCR-based sample preparation method is Nested PCR, which in the relevant timeframe often utilized three amplification steps, which by definition would include a first amplification step to generate a plurality of first reaction products.<br><br>Furthermore, in view of Fluidigm Access Array and the knowledge of a POSA, it would be obvious to increase the specificity of the PCR products by using, for example, a Nested PCR Approach.  U.S. Pat. App. Publication 2010/0120038 explains that: "[a] second primer pair is "**nested**" relative to a first primer pair if the first primer pair is employed to amplify a first amplification product and then the second primer pair is |

**OUTSIDE ATTORNEYS' EYES ONLY**

employed to amplify a target nucleotide sequence within the first amplification product. **Nesting can be used to increase the specificity of the amplification reaction.**" U.S. Pat. App. Publication 2010/0120038 at ¶ 58.; *see also* Varley 2008; Varley 2009; Guo; Carpino, Lin; Shoemaker.

Varley 2008 discloses: "Here we present a novel method, **Nested Patch PCR, that simultaneously amplifies many targeted regions** from human genomic DNA. We demonstrate that **Nested Patch PCR provides an effective "front-end" technology for sequencing candidate genes using second-generation sequencing**. Nested Patch PCR provides an easy workflow for **highly multiplexed PCR** that is very specific and sensitive for identifying SNPs and mutations in individual samples."  Varley at 1845; *see also* Varley 2009 at Introduction ("**Nested Patch polymerase chain reaction (PCR) amplifies a large number (greater than 90) of targeted loci** from genomic DNA simultaneously in the same reaction. These amplified loci **can then be sequenced** on a second-generation sequencing machine to detect single nucleotide polymorphisms (SNPs) and mutations.").

In the relevant timeframe, Nested PCR often utilized three amplification steps, which by definition would include a first amplification step to generate a plurality of first reaction products.  *See, e.g.*, Guo, Carpino, Lin. Indeed, during prosecution of the '831 patent, Verinata pointed to paragraphs regarding Nested PCR as support for the three amplification steps in claim elements [1.d], [1.e], and [1.f].  *See, e.g.*, 4/17/15 Preliminary Amendment at 7.

**OUTSIDE ATTORNEYS' EYES ONLY**



**OUTSIDE ATTORNEYS' EYES ONLY**



**<u>OUTSIDE ATTORNEYS' EYES ONLY</u>**



**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| |  |
| **[1.e]**  (ii) a second amplification step to generate a second reaction product, said amplification comprising a second set of primers comprising sequences contained in the first reaction products; | *See supra* Claim [1.d].<br><br>Fluidigm Access Array discloses a second amplification step comprising a second set of primers comprising sequences contained in the first reaction products.<br><br>Fluidigm explains that "[t]he Fluidigm Access Array System can be used with **any PCR-based sample preparation method** and with the reagents and primers of your choice."  Access Array Website at 1; *see also* Access Array Brochure at 1 (same).  As discussed below, one PCR-based sample preparation method is Nested PCR, which in the relevant timeframe often utilized three amplification steps, which by definition would include a second amplification step comprising a second set of primers comprising sequences contained in the reaction products from the previous step (i.e., the first reaction products).<br><br>As discussed *supra* Claim 1.d, in view of Fluidigm Access Array and the knowledge of a POSA, it would be obvious to increase the specificity of the PCR products by using, for example, a Nested PCR Approach. In the relevant timeframe, Nested PCR often utilized three amplification steps, which by definition would include a second amplification step comprising a second set of |

13

**OUTSIDE ATTORNEYS' EYES ONLY**

| | primers comprising sequences contained in the reaction products from the previous step (i.e., the first reaction products). |
| --- | --- |

**<u>OUTSIDE ATTORNEYS' EYES ONLY</u>**



**OUTSIDE ATTORNEYS' EYES ONLY**



**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| |  |
| **[1.f]**  (iii) a third amplification step to generate a third reaction product comprising said library of enriched non-random polynucleotide sequences, said amplification comprising a third set of primers comprising sequences contained in the second reaction products; | Fluidigm Access Array discloses a third amplification step to generate a third reaction product comprising said library of enriched non-random polynucleotide sequences, said amplification comprising a third set of primers comprising sequences contained in the second reaction products.<br><br>Fluidigm explains that "[t]he Fluidigm Access Array System can be used with **any PCR-based sample preparation method** and with the reagents and primers of your choice."  Access Array Website at 1; *see also* Access Array Brochure at 1 (same).  As discussed below, one PCR-based sample preparation method is Nested PCR, which in the relevant timeframe often utilized three amplification steps, which by definition |

**OUTSIDE ATTORNEYS' EYES ONLY**

would include a third amplification step comprising a third set of primers comprising sequences contained in the reaction products from the previous step (i.e., the second reaction products).

Finally, as discussed *supra* Claim 1.d, in view of Fluidigm Access Array and the knowledge of a POSA, it would be obvious to increase the specificity of the PCR products by using, for example, a Nested PCR Approach. In the relevant timeframe, Nested PCR often utilized three amplification steps, which by definition would include a third amplification step comprising a third set of primers comprising sequences contained in the reaction products from the previous step (i.e., the second reaction products).



**OUTSIDE ATTORNEYS' EYES ONLY**



**OUTSIDE ATTORNEYS' EYES ONLY**



Based on Illumina's assertion that clonal amplification may constitute the third amplification step of Claim 1, it would be obvious to include a third clonal amplification

OUTSIDE ATTORNEYS' EYES ONLY

| |
|---|
| step following the amplification steps discussed *supra* Claims 1.d and 1.e. Specifically, the '831 Patent claims are directed to a method for preparing a sequencing library.  In the relevant timeframe, a POSA would have been motivated to and would have had a reasonable expectation of success in using next generation sequencing techniques to sequence that library, as that is the purpose of a sequencing library.  Such techniques include the step of clonal (or "cluster") amplification.  *See, e.g*; Metzker, Illumina Sequencing Technology Spotlight; Roche Genome Sequencer 20; Bentley; Margulies; Fedurco; Balasubramanian; Schroth; Voelkerding ("NGS platforms share a common technological feature—massively parallel sequencing of clonally amplified or single DNA molecules that are spatially separated in a flow cell."); Shendure; SOLiD Brochure; SOLiD Presentation; Solexa Technology Spotlight. |
| Indeed, in the relevant timeframe, the two most common sequencing platforms both used clonal amplification.  A POSA would have looked to one of these two platforms when preparing a sequencing library. |
| Indeed, the '575 Publication and the Illumina Datasheet explicitly discuss the use of Illumina GA sequencers, which involves cluster amplification on the Illumina GA sequencer flow cell.  *See, e.g.*, Illumina Datasheet at 2 ("The multiplexed sequencing process is fully automated using the Genome Analyzer, Cluster Station, and PairedEnd Module.  The Cluster Station amplifies DNA from up to 96 samples on the flow cell surface to create clusters containing 500–1,000 clonal copies of each molecule."). |
| Given that the claim is directed to a sequencing library, it would be obvious to sequence the library using the techniques discussed above.  Thus, it would be |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | obvious—and in many instances necessary—to include a third clonal amplification step. |
| **[1.g]**  wherein at least one primer of at least one of the second and third sets of primers includes a sequence configured to be added to the different non-random polynucleotide sequences to permit the enriched non-random polynucleotide sequences of the library to anneal to a same sequencing primer for the enriched non-random polynucleotide sequences of the library. | Fluidigm Access Array discloses that at least one primer of at least one of the second and third sets of primers includes a sequence configured to be added to the different non-random polynucleotide sequences to permit the enriched non-random polynucleotide sequences of the library to anneal to a same sequencing primer for the enriched non-random polynucleotide sequences of the library.<br><br>To the extent that Fluidigm Access Array does not disclose this element, it would be obvious in light of the combination of Fluidigm Access Array and NGS Technology, with the knowledge of a POSA.<br><br> For example, Fluidigm Access Array discloses a method of preparing a sequencing library for Next-Generation Sequencing, i.e., for use with NGS Technology.  *See supra* Claim [1.pre].  Fluidigm Access Array that "[e]very reaction combines both an **amplicon tagging** and a barcoding (identification) **step that enables all 48 amplicons to be multiplexed at the sequencing step**. This powerful chemistry simplifies the up-front preparation and **maximizes the utility of today's next generation sequencers**." Access Array Website at 1; *see also* Access Array Brochure at 1 (Access Array's patented IFC technology allows each amplicon to be uniquely barcoded at the amplification step, thus, **allowing for massive multiplexing at the sequencing step**."). |

**OUTSIDE ATTORNEYS' EYES ONLY**



**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | [black redacted box] |
| **[2]** The method of claim 1, wherein at least one primer of at least one of the second and third sets of primers includes a sequence configured to be added to the different non-random polynucleotide sequences to add an index to the enriched non-random polynucleotide sequences of the library, the index being indicative of the maternal blood sample from which the library was generated. | *See supra* Claim 1.<br><br>Fluidigm Access Array discloses performing the method of claim 1, wherein at least one primer of at least one of the second and third sets of primers includes a sequence configured to be added to the different non-random polynucleotide sequences to add an index to the enriched non-random polynucleotide sequences of the library, the index being indicative of the maternal blood sample from which the library was generated.<br><br>For example, Fluidigm Access Array discloses that "[e]very reaction combines both an amplicon tagging and a **barcoding (identification) step** that enables all 48 amplicons to be multiplexed at the sequencing step."  Access Array Website at 1; *see also* Access Array Brochure at 1 (Access Array's patented IFC technology allows each amplicon to be **uniquely barcoded** at the amplification step, thus, allowing for massive multiplexing at the sequencing step."). |
| | [black redacted box] |

**<u>OUTSIDE ATTORNEYS' EYES ONLY</u>**



**OUTSIDE ATTORNEYS' EYES ONLY**



To the extent that Fluidigm Access Array does not disclose this element, it would be obvious over Fluidigm Access Array in view of the '575 Publication and NGS Technology, and in further view of the knowledge of a POSA.

Thus, a POSA would be motivated to use the PCR primers of Fluidigm Access Array (for example, the second set of primers) to include a sequence configured to be added to the different non-random polynucleotide sequences to add an index to the enriched non-random polynucleotide sequences of the library when analyzing multiple maternal samples. The index is indicative of the maternal blood sample from which the library is generated.

A POSA would be motivated to add an index in the second or third amplification step when analyzing multiple maternal blood samples when using NGS Sequencing Technology. For example, Illumina DataSheet teaches using a set of primers to add an index sequence to the PCR product. *See* Illumina Data Sheet at 3, Figure 3 ("A third primer in the PCR adds the Index as well as a second flow cell attachment site (P7) to the PCR product shown in step 2.").

OUTSIDE ATTORNEYS' EYES ONLY

| | |
|---|---|
| **[3]** The method of claim 1, wherein at least one primer of the third set of primers includes a sequence configured to be added to the different non-random polynucleotide sequences to add an index to the enriched non-random polynucleotide sequences of the library, the index being indicative of the maternal blood sample from which the library was generated | *See supra* Claim 2.<br><br>This claim is obvious over Fluidigm Access Array and the '575 Publication, and further in view of a POSA's knowledge.<br><br><br><br>A POSA would be motivated to add an index in the third amplification step when analyzing multiple maternal blood samples when using NGS Technology.  For example, the Illumina DataSheet teaches using a set of primers to add an index sequence to the PCR product using NGS Technology. *See* Illumina Data |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | Sheet at 3, Figure 3 ("A third primer in the PCR adds the Index as well as a second flow cell attachment site (P7) to the PCR product shown in step 2."). Thus, it would be obvious to use a primer of the third set of primers of Fluidigm Access Array to add an index. |
| **[6]**  The method of claim 1, wherein said plurality of non-random polynucleotide sequences comprises at least 300 different non-random polynucleotide sequences selected from the chromosome tested for being aneuploid. | Fluidigm Access Array discloses performing the method of claim 1, wherein the plurality of non-random polynucleotide sequences comprises at least 300 different non-random polynucleotide sequences selected from the chromosome tested for being aneuploid. Fluidigm Access Array teaches that each Fluidigm chip "facilitates parallel amplification of 48 unique samples, in effect preparing 48 sequencing libraries, in just a few hours. Every reaction combines both an amplicon tagging and a barcoding (identification) step that enables all 48 amplicons to be multiplexed at the sequencing step.  Access Array Website at 1; *see also* Fluidigm Brochure at 1 ("processes 48 samples per chip."  Thus, **one Fluidigm chip** may be used to **selectively enrich at least 300** different non-random polynucleotide sequences **in 10-plex PCR,** or **seven Fluidigm chips** for **1-plex PCR**. To the extent that Fluidigm Access Array does not disclose this element, it would be obvious in light of the combination of Fluidigm Access Array and the '575 Publication, with the knowledge of a POSA, for the same reasons discussed *supra* Claim 1.c. |
| **[7]** The method of claim 1, wherein said plurality of non-random polynucleotide sequences comprises at least 500 different nonrandom polynucleotide sequences selected from the chromosome tested for being aneuploid. | *See supra* Claim 1.c and 6. Fluidigm Access Array that teaches each Fluidigm chip "facilitates parallel amplification of 48 unique samples, in effect preparing 48 sequencing libraries, in just a few hours. Every reaction combines both an |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | amplicon tagging and a barcoding (identification) step that enables all 48 amplicons to be multiplexed at the sequencing step.  Access Array Website at 1; *see also* Fluidigm Brochure at 1 ("processes 48 samples per chip."  Thus, **one Fluidigm chip** may be used to **selectively enrich about 500** different non-random polynucleotide sequences **in 10-plex PCR,** or **eleven Fluidigm chips** for **1-plex PCR**.<br><br>To the extent that Fluidigm Access Array does not disclose this element, it would be obvious in light of the combination of Fluidigm Access Array and the '575 Publication, with the knowledge of a POSA, for the same reasons discussed *supra* Claims 1.c and 6. |
| **[8]**  The method of claim 1, wherein each of said plurality of non-random polynucleotide sequences is from 10 to 500 nucleotide bases in length. | <br><br>For example, it was well known at the relevant time that from the analysis of the size distribution of cell-free DNA in maternal sample, the cell-free DNA fragments mostly range from 100 to 320 bp.  *See, e.g.* Chan. |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | Thus, any targeted sequencing of cell-free DNA from maternal plasma would be on a plurality of non-random polynucleotide sequences from 10 to 500 nucleotide bases. |
| **[9]**  The method of claim 1, wherein each of said plurality of non-random polynucleotide sequences is from 50 to 150 nucleotide bases in length. | *See supra* Claim 8.<br><br>Fluidigm Access Array discloses performing the method of claim 1, wherein each of said plurality of non-random polynucleotide sequences is from 50 to 150 nucleotide bases in length.<br><br>For example, it was well known at the relevant time that fetal DNA is mostly shorter than 300 bp, and a portion of maternal DNA fragments would be greater than 300 bp.  *See, e.g.* Chan.  A POSA would be motivated to perform targeted enrichment of sequences much shorter than 300 bp, such as 50-150 nucleotide bases, to enrich fetal DNA fraction. |
| **[10]**  The method of claim 1, wherein said selectively enriching comprises performing PCR. | *See supra* Claim 1.<br><br>As discussed *supra* Claim [1.b], Fluidigm explains that "[t]he Fluidigm Access Array System can be used with **any PCR-based sample preparation method** and with the reagents and primers of your choice."  Access Array Website at 1; *see also* Access Array Brochure at 1 (same). |
| **[13]**  The method of claim 1, wherein said chromosome tested is selected from the group consisting of chromosome 13, chromosome 18, chromosome 21, chromosome X, and chromosome Y. | *See supra* Claim 1[b].<br><br>To the extent that the Fluidigm Access Array does not disclose this element, it would be obvious in light of the combination of the Fluidigm Access Array and the '575 Publication, with the knowledge of a POSA.<br><br>For example, the '575 Publication discusses: "Another method for increasing sensitivity to fetal DNA is to focus on certain regions within the human genome.  One may use sequencing methods which **select a priori sequences which map to the chromosomes** |

**OUTSIDE ATTORNEYS' EYES ONLY**

|  |  |
|---|---|
|  | **of interest (as described here elsewhere, such as 18, 21, 13, X and Y)**.  One may also choose to focus, using this method, on partial chromosomal deletions, such as 22q11 deletion syndrome." '575 Publication, ¶ [0067]. |
| **[14.pre]**  A method for preparing a sequencing library from a maternal blood sample, the method comprising: | *See supra* Claim 1[pre]. |
| **[14.a]**  obtaining a maternal blood sample comprising fetal and maternal cell-free DNA; | *See supra* Claim 14[pre]. |
| **[14.b]**  selectively enriching a plurality of non-random polynucleotide sequences of genomic DNA from said fetal and maternal cell-free DNA to generate a library of enriched non-random polynucleotide sequences, | *See supra* Claim [1.b]. |
| **[14.c]**  wherein said plurality of non-random polynucleotide sequences comprises at least 100 different non-random polynucleotide sequences selected from a chromosome tested for being aneuploid, said enriching comprising: | *See supra* Claim [1.c]. |
| **[14.d]**  (i) amplifying said plurality of non-random polynucleotide sequences from said maternal and fetal genomic DNA using a first pair of primers, wherein said plurality of non-random polynucleotide sequences comprises at least 100 different non-random polynucleotide sequences selected from a chromosome tested for being aneuploid; | *See supra* Claim [1.d].<br><br>Furthermore, based on Illumina's assertion that universal amplification may constitute the first amplification step of Claim 14, it would be obvious to include a first universal amplification step prior to the amplification steps discussed with respect to Claim 14.d as well as *supra* Claims 14.e and 14.f.   In the relevant timeframe, a POSA would have been motivated to and would have had a reasonable expectation of success in using a universal amplification step in order to universally amplify a library of DNA sequences prior to other targeted amplification steps.  *See, e.g.*, Harismendy; Craig; Quail 2; Harismendy 2; Tewhey 1; Tewhey 2, Bentley; Bentley Supplement; |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| | Turner; Kozarewa.  Thus, to the extent Illumina contends that universal amplification may constitute the first amplification step of Claim 14, it would be obvious to include a universal amplification step as part of the preparation of a sequencing library. |
| **[14.e]** (ii) amplifying the product of (i) with a second set of primers; | *See supra* Claim [1.e]. |
| **[14.f]** (iii) amplifying the product of (ii) with a third set of primers; | *See supra* Claim [1.f]. |
| **[14.g]** and wherein one of said second or third sets of primers includes an indexing sequence. | *See supra* Claim 2. |
| **[15]** The method of claim 14, wherein said third set of primers includes the indexing sequence. | *See supra* Claim 3. |
| **[16]** The method of claim 14, wherein said indexing sequence distinguishes polynucleotides in the maternal blood sample from polynucleotides in a different sample. | *See supra* Claims 2, 3. |
| **[17]**  The method of claim 14, wherein said cell-free DNA is from a plurality of different individuals, and wherein said indexing sequence identifies a maternal blood sample from each of said plurality of different individuals. | *See supra* Claims 2, 3. |
| **[18]** The method of claim 14, wherein said plurality of non-random polynucleotide sequences comprises at least 300 different non-random polynucleotide sequences selected from the chromosome tested for being aneuploid. | *See supra* Claims 6, 14. |
| **[19]** The method of claim 14, wherein said plurality of non-random polynucleotide sequences comprises at least 500 different non-random polynucleotide sequences selected from the chromosome tested for being aneuploid. | *See supra* Claims 6, 14. |

**OUTSIDE ATTORNEYS' EYES ONLY**

| | |
|---|---|
| **[20]**  The method of claim 14, wherein each of said plurality of non-random polynucleotide sequences is from 10 to 500 nucleotide bases in length. | *See supra* Claim 8. |
| **[21]**  The method of claim 14, wherein each of said plurality of non-random polynucleotide sequences is from 50 to 150 nucleotide bases in length. | *See supra* Claims 9, 14. |
| **[22]**  The method of claim 14, wherein said selectively enriching comprises performing PCR. | *See supra* Claims 10, 14. |
| **[24]**  The method of claim 14, wherein said chromosome tested is selected from the group consisting of chromosome 13, chromosome 18, chromosome 21, chromosome X, and chromosome Y. | *See supra* Claim 13. |