# Weil, Gotshal & Manges LLP

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**Edward R. Reines**
+1 (650) 802-3022
edward.reines@weil.com

**VIA CM/ECF**

August 30, 2019

The Honorable Susan Y. Illston
United Stated District Court of the
    Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: *Illumina, Inc. v. Natera, Inc.* **(N.D. Cal. 3:18-cv-01662-SI)**

Dear Judge Illston:

The parties write to request jointly that the Court refer this matter to Magistrate Judge Corley for settlement. We will coordinate with Judge Corley's schedule and plan to participate in a settlement conference before the end of the year.

We are available if the Court has any further direction or would like to discuss this matter with counsel.

                                                  Respectfully Submitted,

                                                  */s/ Edward R. Reines*
                                                  EDWARD R. REINES (Bar No. 135960)
                                                  edward.reines@weil.com
                                                  DEREK C. WALTER (Bar No. 246322)
                                                  derek.walter@weil.com
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  Silicon Valley Office
                                                  201 Redwood Shores Parkway
                                                  Redwood Shores, CA 94065
                                                  Telephone: (650) 802-3000

                                                  *Attorneys for Plaintiff and Counterclaim Defendant*
                                                  ILLUMINA, INC.

cc: All Counsel (by ECF)