# Weil, Gotshal & Manges LLP

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**VIA CM/ECF**

Edward R. Reines
(650) 802-3022
edward.reines@weil.com

August 30, 2019

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*

The Honorable Susan Y. Illston
United Stated District Court of the
　　　Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3489

**Re:**    *Illumina, Inc. v. Natera, Inc.* **(N.D. Cal. 3:18-cv-01662-SI)**

Dear Judge Illston:

The parties write to request jointly that the Court refer this matter to Magistrate Judge Corley for settlement.  We will coordinate with Judge Corley's schedule and plan to participate in a settlement conference before the end of the year.

We are available if the Court has any further direction or would like to discuss this matter with counsel.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Edward R.  Reines*
　　　　　　　　　　　　　　　　　　　EDWARD R.  REINES (Bar No. 135960)
　　　　　　　　　　　　　　　　　　　edward.reines@weil.com
　　　　　　　　　　　　　　　　　　　DEREK C.  WALTER (Bar No. 246322)
　　　　　　　　　　　　　　　　　　　derek.walter@weil.com
　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　Silicon Valley Office
　　　　　　　　　　　　　　　　　　　201 Redwood Shores Parkway
　　　　　　　　　　　　　　　　　　　Redwood Shores, CA  94065
　　　　　　　　　　　　　　　　　　　Telephone: (650) 802-3000

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and Counterclaim*
　　　　　　　　　　　　　　　　　　　*Defendant*
　　　　　　　　　　　　　　　　　　　ILLUMINA, INC.

cc: All Counsel (by ECF)