| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>DEREK C. WALTER (Bar No. 246322)<br>derek.walter@weil.com<br>AMANDA K. BRANCH (Bar No. 300860)<br>amanda.branch@weil.com<br>CHRISTOPHER S. LAVIN (Bar No. 301702)<br>christopher.lavin@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone:  (650) 802-3000<br>Facsimile:  (650) 802-3100 | KAREN I. BOYD (Bar No. 189808)<br>boyd@turnerboyd.com<br>KEELEY I. VEGA (Bar No. 259928)<br>vega@turnerboyd.com<br>ROBERT J. KENT (Bar No. 250905)<br>kent@turnerboyd.com<br>LOUIS L. WAI (Bar No. 295089)<br>wai@turnerboyd.com<br>TURNER BOYD LLP<br>702 Marshall Street, Suite 640<br>Redwood City, CA 94063<br>Telephone:  (650) 521-5930<br>Facsimile:  (650) 521-5931 |
| GARLAND T. STEPHENS (*admitted – N.D. Cal.*)<br>garland.stephens@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX  77002<br>Telephone:  (713) 546-5000<br>Facsimile:  (713) 224-9511 | *Attorneys for Defendant/Counterclaim-Plaintiff*<br>NATERA, INC. |
| *Attorneys for Plaintiff/Counterclaim-Defendant,*<br>ILLUMINA, INC. | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC.,<br><br>           Plaintiff/Counterclaim-Defendant<br><br>    v.<br><br>NATERA, INC.,<br><br>           Defendant/Counterclaim-Plaintiff | Case No. 3:18-cv-01662-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**<br><br>Judge:     Hon. Susan Illston |

Plaintiff/Counterclaim-Defendant Illumina, Inc. ("Illumina") and Defendant/Counterclaim-Plaintiff Natera, Inc. ("Natera") enter into this Stipulation by and through their respective counsel.

WHEREAS, Illumina has requested an extension on the time to complete fact depositions in order to accommodate Illumina's counsel's previously scheduled partner retreat and Illumina's counsel's other previously scheduled trials, and

WHEREAS, this accommodation requires a modification to the deadlines in order to complete expert reports and expert depositions, and

WHEREAS, as a matter of professional courtesy Natera does not object to these schedule modifications,

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate and agree, by and through their respective counsel, as follows:

The deadlines in the February 25, 2019 Pretrial Preparation Order (ECF No. 86), June 26, 2019 Order (ECF No. 130), and October 10, 2019 (ECF No. 156) shall be revised as follows:

| Event | Deadline |
|---|---|
| Non-Expert Deposition Cutoff | December 20, 2019 |
| Designation of Experts | January 24, 2020 |
| Rebuttal Expert Reports | February 14, 2020 |
| Expert Deposition Periods | February 17-28, 2020 March 18-24, 2020 |

This is the parties' third adjustment to the case calendar. The first was specifically in response to the Court's order continuing the trial date (ECF No. 127) and the second adjusted deadlines to accommodate the changed trial date. That trial date, as well as the remaining deadlines, remains the same.

IT IS SO STIPULATED.

Dated: November 27, 2019

WEIL, GOTSHAL & MANGES LLP
*/s/ Derek C. Walter*
Derek C. Walter

TURNER BOYD LLP
*/s/ Karen I. Boyd*
Karen I. Boyd

*Attorney for Plaintiff/Counterclaim-Defendant,*
ILLUMINA, INC.

*Attorney for Defendant/Counterclaim-Plaintiff,*
NATERA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/2/19                                    _____
Hon. Susan Illston
U.S. District Judge