*[Counsel listed in signature block]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC.,<br><br>            Plaintiff/<br>            Counterclaim-Defendant,<br>     v.<br><br>NATERA, INC.,<br><br>            Defendant/<br>            Counterclaim-Plaintiff. | Case No. 3:18-CV-01662-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Illumina Inc. ("Illumina") has asserted claims of infringement of U.S. Patent No. 9,493,831 ("'831 Patent") against Natera Inc. (D.I. 1);

WHEREAS, Natera has asserted affirmative defenses and counterclaims of non-infringement and invalidity of the '831 Patent, and counterclaims of infringement of U.S. Patent No. 8,682,592 ("'592 Patent") against Illumina (D.I. 61);

WHEREAS, Illumina has asserted affirmative defenses of non-infringement and invalidity of the '592 Patent (D.I. 63); and

WHEREAS, Illumina and Natera have mutually agreed to a settlement of their respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Illumina and Natera, through their respective undersigned counsel, subject to the approval of the Court:

1. To dismiss with prejudice Illumina's claim for infringement of the '831 Patent (D.I. 1, Count I).

2. To dismiss with prejudice Natera's counterclaims for non-infringement and invalidity of the '831 Patent (D.I. 61, Counts I-II) and counterclaims for infringement of the '592 Patent (D.I. 61, Counts III-IV).

3. Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to all claims, defenses, and counterclaims in this Action.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
|   | WEIL, GOTSHAL & MANGES LLP |   |
| Dated: May 13, 2020 | By: */s/ Edward R. Reines* |   |
|   | Edward R. Reines |   |

Edward R. Reines (Bar No. 135960)
edward.reines@weil.com
Derek C. Walter (Bar No. 246322)
derek.walter@weil.com
Amanda K. Branch (Bar No. 300860)
amanda.branch@weil.com
Christopher S. Lavin (Bar No. 301702)
christopher.lavin@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3000
Fax: 650.802.3100

Garland T. Stephens (*admitted – N.D. Cal.*)
garland.stephens@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002
Telephone: 713-546-5000
Fax: 713-224-9511

*Attorneys for Plaintiff/Counterclaim-Defendant*
ILLUMINA, INC.

Dated: May 13, 2020

TURNER BOYD LLP and SMITH BALUCH LLP

By:   */s/ Karen I. Boyd*
      Karen I. Boyd

Karen I. Boyd (Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (Bar No. 245463)
seraphine@turnerboyd.com
Robert John Kent, Jr. (Bar No. 250905)
kent@turnerboyd.com
Keeley Irene Vega (Bar No. 259928)
vega@turnerboyd.com
Louis Lut Hin Wai (Bar No. 295089)
wai@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650-521-5930

Matthew A. Smith (Bar No. 308763)
smith@smithbaluch.com
SMITH BALUCH LLP
702 Marshall Street, Suite 640
Menlo Park, CA 94025
Telephone: 202-669-6207

*Attorneys for Defendant/Counterclaim-Plaintiff*
NATERA, INC.

## **CERTIFICATION**

I, Edward R. Reines, am the ECF User whose identification and password are being used to file this Stipulation Of Dismissal With Prejudice.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Karen I. Boyd has concurred in this filing.

  */s/ Edward R. Reines*
    Edward R. Reines

1    SO ORDERED this  13th day of   May   2020.

_____
HONORABLE SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE